UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| IN RE SECTION 301 FORCED LABOR CASES | ) | Court No. 26-03555-3JP |

NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned, Douglas G. Edelschick, hereby enters an appearance as the principal attorney of record for defendants and requests that all papers in connection with this action be served upon him.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

CLAUDIA BURKE
Deputy Director

s/ Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 353-9303
Email: Douglas.Edelschick@usdoj.gov

August 13, 2026

*Attorneys for Defendants*