**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| *In re* Section 301 Forced Labor Cases | Court No. 26-03555-3JP<br>and Attached Schedule |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, State of Oregon, in this action

☒ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☐ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is ______________________.

Date: August 13, 2026

/s/ Brian Simmonds Marshall
Signature
Brian Simmonds Marshall
Attorney
Oregon Department of Justice
Firm
100 SW Market Street
Street Address
Portland, OR 97201
City, State and Zip Code
(971) 673-1880
Telephone Number
Brian.S.Marshall@doj.oregon.gov
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 26-03467 | Oregon, et al. v. Donald J. Trump, et al. | State of Oregon |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)