FORM 11

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| IN RE SECTION 301 FORCED LABOR CASES | Before: Jennifer Choe-Groves, Judge<br>Timothy M. Reif, Judge<br>Lisa W. Wang, Judge<br><br>Court No. 26-cv-3555-3JP |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiffs in court number 1:26-cv-3347; hereby enters a notice of appearance in this action on behalf of plaintiffs in the above-cited action consistent with Standard Procedural and Scheduling Order No. 26-01; and requests that all papers be served on him.

Date: August 14, 2026

*/s/ Pratik A. Shah*
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, D.C. 20006
202-887-4000
pshah@akingump.com