**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE JENNIFER CHOE-GROVES**
**THE HONORABLE TIMOTHY M. REIF**
**THE HONORABLE LISA W. WANG**

| | |
|---|---|
| IN RE SECTION 301 FORCED LABOR CASES | Court No. 26-cv-3555-3JP |

**CONSENT MOTION FOR PROTECTIVE ORDER**

Pursuant to Rules 7 and 26(c) of the Rules of the United States Court of International Trade (the "USCIT Rules"), Plaintiffs Learning Resources, Inc., hand2mind, Inc., HMTX Industries LLC, Halstead New England Corporation, Metroflor Corporation, Shannon Specialty Floors LLC, and shopHMTX LLC, in agreement with the Plaintiffs' Steering Committee, respectfully move this Court for a protective order restricting the disclosure of confidential, trade secret, or other proprietary business or financial information of a party or non-party, or confidential information of the United States Government. Good cause exists for the entry of a Protective Order because the Order is necessary to safeguard the confidentiality of such information. Moreover, limiting disclosure of documents containing confidential information in the manner contemplated in this motion and placing such information under seal of this Court will not impede the parties' ability to prepare and present their case.

Jurisdiction in this case is asserted under 28 U.S.C. § 1581(i). Pursuant to Administrative Order 02-01, ¶ 2, access to business proprietary information will be governed by the entry of a judicial protective order unless jurisdiction is asserted under 28 U.S.C. § 1581(c), and "access to Confidential Information will take effect upon entry of a judicial protective order." In this

action, therefore, a judicial protective order is appropriate. The administrative action underlying the instant action did not have an administrative protective order associated with it.

Plaintiffs and Defendant agree that it would facilitate the parties' presentation of their respective cases in the above-captioned action to file and/or produce any confidential information under a protective order and have stipulated and agreed to the terms of the proposed "Stipulated Protective Order Regarding Confidential Information." On September 1, 2026, counsel for Defendant, Douglas Edelschick, consented to this motion.

Therefore, we respectfully request that this Court issue a protective order.

Dated: September 2, 2026

Respectfully submitted,

*/s/ Pratik A. Shah*

Pratik A. Shah
James E. Tysse
Matthew R. Nicely
Devin S. Sikes
Daniel M. Witkowski
Kristen E. Loveland (*admission application pending*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
pshah@akingump.com

*Counsel for Plaintiffs Learning Resources, Inc., hand2mind, Inc., HMTX Industries LLC, Halstead New England Corporation, Metroflor Corporation, Shannon Specialty Floors LLC, and shopHMTX LLC*