**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **IN RE SECTION 301 FORCED LABOR CASES** | **Before: Jennifer Choe-Groves, Judge**<br>**Timothy M. Reif, Judge**<br>**Lisa W. Wang, Judge**<br><br>**Court No. 26-cv-03555-3JP** |

**STANDARD PROCEDURAL ORDER NO. 26-03**

Upon consideration of Standard Procedural and Scheduling Order No. 26-01, ECF No. 1, and all other papers and proceedings in this action, it is hereby

**ORDERED** that any party seeking to file a brief as an *amicus curiae* must file a motion for leave in compliance with USCIT Rules 7 and 76, and the Standard Procedural Orders entered this action; and it is further

**ORDERED** that the amicus brief may be conditionally filed with the motion for leave.

Dated: September 2, 2026
New York, New York

/s/ Jennifer Choe-Groves
Judge Jennifer Choe-Groves