**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE JENNIFER CHOE-GROVES**
**THE HONORABLE TIMOTHY M. REIF**
**THE HONORABLE LISA W. WANG**

| | | |
|---|---|---|
| **IN RE SECTION 301 FORCED LABOR CASES** | : | **Case No. 26-cv-3555-3JP** |

**MOTION OF TIMOTHY MEYER AND GREGORY SHAFFER FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS**

Pursuant to Rules 7 and 76 of the Rules of the United States Court of International Trade, Professors Timothy Meyer and Gregory Shaffer ("amici") respectfully move for leave to file the accompanying brief as amici curiae in support of Plaintiff[s]. A copy of the proposed brief is submitted with this motion, and a proposed order is attached.

Rule 76 provides that the filing of an amicus brief "may be allowed on motion," and that the motion "must identify the interest of the applicant and state the reasons why an amicus curiae is desirable." USCIT R. 76.

## I. The Interest of Amici.

Amici are respectively professors at Duke University School of Law and Georgetown University Law Center and have a combined fifty years of experience as scholars with respect to U.S. and international trade law and are among the most cited scholars in the field. Professor Shaffer is past President of the American Society of International Law and co-directs Georgetown's Institute of International Economic Law and Professor Meyer co-directs Duke's Center for International and Comparative Law. Amici thus have a substantial interest in the sound

interpretation of Section 301 of the Trade Act of 1974 and in the constitutional allocation of the tariff power between Congress and the Executive. Amici do not appear to defend or attack any party's commercial position, nor to address the wisdom of combating forced labor—an objective amici share—but to assist the Court on a discrete and recurring question of statutory authority: whether Section 301 permits the United States Trade Representative to impose tariffs across economies accounting for nearly all United States imports based on those economies' asserted failure to enact and enforce forced-labor import prohibitions of their own.

Amici are disinterested in the sense the Court's cases contemplate: they have no financial stake in the outcome as to any party and seek only the correct construction of the statute and the preservation of the boundaries the Supreme Court enforced in *Learning Resources, Inc. v. Trump*, 607 U.S. 229 (2026).

**II. The Participation of Amici is Desirable.**

The proposed brief supplies context useful to the Court that the parties' merits briefing is unlikely to develop in the same way. It traces the text, purpose, drafting history, and five decades of administrative practice of Section 301, and situates the challenged action against the agency's own contemporaneous forced-labor determinations. In particular, the brief (i) sets out the legislative history of Section 301's enactment and its 1988 and 2016 amendments; (ii) shows that the statute's labor-related categories reach only a foreign country's treatment of its own workers and its non-enforcement of reciprocal commitments; (iii) marshals the Congressional Research Service's catalogue of prior Section 301 matters and the agency's own Nicaragua and China determinations to show that Section 301 has always been applied to a specific practice of a particular country; and (iv) explains why the government's reading raises serious questions under the major questions and nondelegation doctrines that counsel against a broad construction. Amici

are disinterested and the brief addresses issues central to the disposition of the case, so the factors the Court weighs under Rule 76 favor granting leave.

**III. The Motion is Timely.**

This motion and the accompanying brief are filed within the time allowed and complies with the requirements set forth in this Court's Procedural Order. *See* Standard Procedural and Scheduling Order 26-01, ECF 1 (August 13, 2026).

## CONCLUSION

For the foregoing reasons, amici respectfully request that the Court grant leave to file the accompanying brief as amici curiae in support of Plaintiffs.

Respectfully submitted,

/s/ Richard F. O'Neill
Richard F. O'Neill
NEVILLE PETERSON LLP
701 Fifth Ave., Ste. 4200-2159
Seattle, WA 98104-4089
(206) 905-3648
roneill@npwny.com

John M. Peterson
NEVILLE PETERSON LLP
One Exchange Plaza
55 Broadway, Suite 2602
New York, NY 10006
jpeterson@npwny.com

*Counsel for Proposed Amici Curiae, Professors Timothy Meyer and Gregory Shaffer*

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE JENNIFER CHOE-GROVES**
**THE HONORABLE TIMOTHY M. REIF**
**THE HONORABLE LISA W. WANG**

| | | |
|---|---|---|
| **IN RE SECTION 301 FORCED LABOR CASES** | : | **Case No. 26-cv-3555-3JP** |

**ORDER**

Upon consideration of the Motion of Timothy Meyer and Gregory Shaffer for Leave to File a Brief as Amici Curiae in Support of Plaintiffs, and all other pertinent papers and proceedings herein; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Brief of Amici Curiae Timothy Meyer and Gregory Shaffer in Support of Plaintiffs is entered on the docket in this action.

SO ORDERED.

________________________________
Judge

Dated: ___________________, 2026
New York, NY

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE JENNIFER CHOE-GROVES**
**THE HONORABLE TIMOTHY M. REIF**
**THE HONORABLE LISA W. WANG**

**-------------------------------------------------------------------X**

**IN RE SECTION 301 FORCED LABOR CASES : Case No. 26-cv-3555-3JP**

**-------------------------------------------------------------------X**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I caused the foregoing Motion of Timothy Meyer and Gregory Shaffer for Leave to File a Brief as Amici Curiae in Support of Plaintiffs, the proposed Order, and the accompanying Brief of Amici Curiae to be served upon all counsel of record by filing them electronically through the Court's CM/ECF system.

/s/ Richard F. O'Neill
Richard F. O'Neill
Neville Peterson LLP

*Counsel for Proposed Amici Curiae, Professors Timothy Meyer and Gregory Shaffer*