**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE JENNIFER CHOE-GROVES**
**THE HONORABLE TIMOTHY M. REIF**
**THE HONORABLE LISA W. WANG**

**-------------------------------------------------------------------X**

| | | |
|---|---|---|
| **IN RE SECTION 301 FORCED LABOR CASES** | : | **Case No. 26-cv-3555-3JP** |

**-------------------------------------------------------------------X**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, Richard F. O'Neill and John M. Peterson of Neville Peterson LLP will appear for amici curiae, Professors Timothy Meyer and Gregory Shaffer, in this action. The individual attorney in the undersigned firm who is responsible for this litigation is Richard F. O'Neill of Neville Peterson LLP.

Respectfully submitted,

/s/ Richard F. O'Neill
Richard F. O'Neill
NEVILLE PETERSON LLP
701 Fifth Ave., Ste. 4200-2159
Seattle, WA 98104-4089
(206) 905-3648
roneill@npwny.com

/s/ John M. Peterson
John M. Peterson
NEVILLE PETERSON LLP
One Exchange Plaza
55 Broadway, Suite 2602
New York, NY 10006

*Counsel for Proposed Amici Curiae, Professors Timothy Meyer and Gregory Shaffer*

Dated: September 11, 2026