# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **IN RE SECTION 301 FORCED LABOR CASES** | **Before: Jennifer Choe-Groves, Judge**<br>**Timothy M. Reif, Judge**<br>**Lisa W. Wang, Judge**<br><br>**Court No. 26-cv-03555-3JP** |

## ORDER

Upon consideration of the motions of proposed *amici curiae* (ECF Nos. 23, 25, 26, 29, 31, 35, 42, 44, 46, 47), and all other papers and proceedings in this action, it is hereby

**ORDERED** that the following motions are granted:

Motion for Leave of Former U.S. Trade Officials to File Brief as Amici Curiae (ECF No. 23),

Motion for Leave to File Brief of Amicus Curiae (ECF No. 25),

Motion for Leave to File Brief Amicus Curiae of Goldwater Institute in Support of Plaintiffs (ECF No. 26),

Motion of Ed Gresser and Progressive Policy Institute for Leave to File a Brief as Amici Curiae in Support of Plaintiffs (ECF No. 29),

Motion of Timothy Meyer and Gregory Shaffer for Leave to File a Brief as Amici Curiae in Support of Plaintiffs (ECF No. 31),

Unopposed Motion for Leave to File Amicus Curiae Brief (ECF No. 35),

Motion for Leave of the CATO Institute, Michael W. McConnell, and Ilya Somin to File an Amici Curiae Brief (ECF No. 42),

Motion of Burlap and Barrel, Inc. and Collective Horology, LLC for Leave to File Amici Curiae Brief in Support of Plaintiffs (ECF No. 44),

Plaintiff States' Motion for Leave to File as Amici Curiae (ECF No. 46), and

Motion for Leave of Economists to File a Brief as Amici Curiae in Support of Plaintiffs (ECF No. 47); and it is further

**ORDERED** that the following briefs are deemed filed:

Amici Curiae Brief of Former U.S. Trade Officials in Support of Plaintiffs (ECF No. 23-2),

Proposed Brief of Amicus Curiae Barry Appleton in Support of Plaintiffs (ECF No. 25),

Brief Amicus Curiae of Goldwater Institute in Support of Plaintiffs (ECF No. 26-1),

Amicus Curiae Brief of Ed Gresser and Progressive Policy Institute in Support of Plaintiffs (ECF No. 29-2),

Brief of Timothy Meyer and Gregory Shaffer as Amici Curiae in Support of Plaintiffs (ECF No. 31-1),

Brief Amicus Curiae of Consumer Watchdog in Support of Plaintiffs' Motion for Judgment on the Agency Record (ECF No. 39),

Joint Brief of Amici Curiae CATO Institute, Michael W. McConnell, and Ilya Somin (ECF No. 42-1),

Amici Curiae Brief of Burlap and Barrel, Inc. and Collective Horology, LLC (44-1),

Proposed Brief of Plaintiff States as Amici Curiae in Support of Motion for Judgment on the Agency Record Filed by Plaintiffs Learning Resources et al. (ECF No. 46-1), and

Brief of Economists as Amici Curiae in Support of Plaintiffs (ECF No. 47-1).

Dated: September 14, 2026
New York, New York

/s/ Jennifer Choe-Groves
Judge Jennifer Choe-Groves