**UNITED STATES COURT OF INTERNATIONAL TRADE**

**IN RE SECTION 301 FORCED LABOR CASES**

**Before: Jennifer Choe-Groves, Judge**
**Timothy M. Reif, Judge**
**Lisa W. Wang, Judge**

**Court No. 26-cv-03555-3JP**

**ORDER**

Upon consideration of all papers and proceedings in this action, it is hereby

**ORDERED** that on or before November 10, 2026, Plaintiffs shall file declarations notifying the Court of any relevant countries and/or economies from which Plaintiffs in all cases import (Burlap and Barrel, Inc. et al. v. United States of America et al. (Court No. 1:26-cv-03345-3JP); Learning Resources, Inc. et al. v. United States of America et al. (Court No. 1:26-cv-03347-3JP); The State of Oregon et al. v. Donald J. Trump et al. (Court No. 1:26-cv-03467-3JP); Humberto Vidal, Inc. v. United States of America et al. (Court No. 1:26-cv-04437-3JP); Ammex Corporation et al. v. United States of America et al. (Court No. 1:26-cv-04146-3JP); and Smart Group Traders Inc. et al. v. United States of America et al. (Court No. 1:26-cv-04898-3JP)); and it is further

**ORDERED** that to the extent the Declaration of Richard Woldenberg (ECF No. 52-1) and Declaration of Harlan Stone (ECF No. 52-2) notified the Court of a

complete list of which countries and/or economies Plaintiffs in Learning Resources, Inc. et al. v. United States of America et al. import from, additional declarations need not be filed.

Dated: November 4, 2026
New York, New York

/s/ Jennifer Choe-Groves
Judge Jennifer Choe-Groves

/s/ Timothy M. Reif
Judge Timothy M. Reif

/s/ Lisa W. Wang
Judge Lisa W. Wang