UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| IN RE SECTION 301 FORCED LABOR CASES | Before: Jennifer Choe-Groves, Judge<br>Timothy M. Reif, Judge<br>Lisa W. Wang, Judge<br><br>Court No. 26-cv-03555-3JP |

| | |
|---|---|
| BURLAP AND BARREL, INC.; COLLECTIVE HOROLOGY LLC;<br><br>Plaintiffs,<br><br>v.<br><br>JAMIESON GREER, *in his official capacity as United States Trade Representative*; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; DONALD J. TRUMP, *in his official capacity as President of the United States*; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of United States Customs and Border Protection*;<br><br>Defendants. | Case No. 26-3345 |

**Declaration of Ethan Frisch**

I, Ethan Frisch, state as follows:

1. I am a United States citizen at least 18 years of age. If called to testify, I would testify as follows:

2. I, along with Ori Zohar, am the co-founder and Co-CEO of Burlap and Barrel, Inc., ("Burlap & Barrel"), a Delaware C Corporation (Public Benefit Corporation) headquartered in New York. It employs 10 people.

3. Burlap & Barrel is a spice company and ecommerce business focused on building new international spice supply chains that are equitable, transparent, and traceable.

4. Since 2016, Burlap & Barrel has sourced unique spices and other ingredients that are grown naturally and sustainably around the world and is bringing those flavors to dinner tables across the United States.

5. Since the Section 301 tariffs were imposed, Burlap & Barrel has paid Section 301 tariffs on products imported from Vietnam, South Africa, and Guatemala. It has incoming shipments of products from India, Turkey, and France (EU) on which it will pay the Section 301 tariffs.

6. Burlap & Barrel also regularly imports products from the following countries, which it anticipates having to pay Section 301 tariffs on if they continue: Argentina (not importer of record), Canada, China (packing components only), Colombia, Hungary (EU), India, Indonesia, Mexico, Nigeria, Peru, South Korea, Spain (EU), Sri Lanka, and Taiwan.

7. It also has previously imported products from Costa Rica and Egypt but does not any imminent imports from those countries.

8. Burlap & Barrel also imports from Afghanistan, Barbados, Ethiopia, Grenada, Nepal, and Tanzania, which are not subject to the Section 301 tariffs.

Under penalty of perjury, I affirm that the foregoing is true and correct.

Dated: 11/9/2026

Ethan Frisch