UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| IN RE SECTION 301 FORCED LABOR CASES | Before: Jennifer Choe-Groves, Judge<br>Timothy M. Reif, Judge<br>Lisa W. Wang, Judge |

| | |
|---|---|
| BURLAP AND BARREL, INC.; COLLECTIVE HOROLOGY LLC;<br>Plaintiffs,<br>v.<br>JAMIESON GREER, *in his official capacity as United States Trade Representative*; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; DONALD J. TRUMP, *in his official capacity as President of the United States*; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of United States Customs and Border Protection*;<br>Defendants. | Case No. 26-3345 |

## Declaration of Asher Rapkin

I, Asher Rapkin, state as follows:

1. I am a United States citizen at least 18 years of age. If called to testify, I would testify as follows:

2. I am the co-founder and CEO of Collective Horology LLC, ("Collective"), a California Limited Liability Corporation headquartered in Ventura, California. It employs five people including the two founders.

3. Collective is a small business retailer and enthusiast-oriented business focused on independent and high-end mechanical watches. Since its founding in 2018, Collective has represented approximately twenty independent watch brands, including individual artisans and small watch workshops in Switzerland, the United Kingdom, France, Austria, Denmark, the Netherlands, and the United States.

4. Since the Section 301 tariffs were imposed, Collective has paid tariffs on products imported from Switzerland, China, and the EU (Netherlands). It anticipates that it will import products from additional EU countries (Denmark, France, Belgium, and Austria) and from the United Kingdom in the near future, on which it will pay Section 301 tariffs.

Under penalty of perjury, I affirm that the foregoing is true and correct.

Dated: November 10, 2026

Asher Rapkin