DAN RAYFIELD
STATE OF OREGON
ATTORNEY GENERAL

KRIS MAYES
STATE OF ARIZONA
ATTORNEY GENERAL

ROB BONTA
STATE OF CALIFORNIA
ATTORNEY GENERAL

November 10, 2026

Filed via ECF

**Re: *In re Section 301 Forced Labor Cases*, Court No. 26-cv-03555-3JP**

Your Honors:

In response to the Court's November 4, 2026 Order (ECF No. 64), Plaintiff States respectfully submit the accompanying declarations (Attachments 2–25) identifying economies from which the States import. As summarized in Attachment 1, Plaintiff States have identified specific duties that they have paid, or imminently will pay, on imports from 26 economies: Australia, Bangladesh, Brazil, Canada, China, Hong Kong, India, Indonesia, Israel, Japan, Malaysia, Mexico, New Zealand, Norway, Pakistan, Philippines, Singapore, South Africa, South Korea, Switzerland, Taiwan, Thailand, the United Arab Emirates, the United Kingdom, Vietnam, and the European Union (Belgium, Czechia, Denmark, France, Germany, Ireland, Italy, Lithuania, Netherlands, Portugal, Spain, Sweden).

Although this submission reflects a good-faith effort to identify as many "relevant countries and/or economies from which Plaintiffs … import" as possible under the Court's deadline, ECF No. 64, it is not comprehensive. In most Plaintiff States, procurement is dispersed among numerous agencies and instrumentalities. *See, e.g.*, Attach. 5, ¶ 2 (Burek (AZ)) (independent university procurement); Attach. 4, ¶¶ 2–3 (Gable (AZ)) (agency level procurement). In two prior cases, U.S. Customs and Border Protection identified the states that had paid the challenged tariffs as importers of record. *See V.O.S. Selections, Inc. v. United States*, 772 F. Supp. 3d 1350, 1369 (Ct. Int'l Trade 2025) (subsequent history omitted); *Oregon v. United States*, 835 F. Supp. 3d 1307, 1324 (Ct. Int'l Trade 2026), *on appeal* 26-1804 (Fed. Cir.). CBP has not done so here. And because the Court has stayed the Plaintiff States' cases, they have had no opportunity to obtain that information either through discovery or by seeking an order that CBP produce it. Nevertheless, a search of public records released by CBP shows that Plaintiff States imported from at least the European Union and nine other countries. *See* Attach. 3, Appendix A (King).

The Plaintiff States' standing to challenge the Section 301 tariffs also extends beyond goods they import directly. Standing may rest on "downstream … economic injuries" suffered by others in the supply "chain," including "customers" of entities directly subject to government action. *FDA v. All. for Hippocratic Med.*, 602 U.S. 367, 384 (2024); *accord Canadian Lumber*

*Trade Alliance v. United States*, 517 F.3d 1319, 1332–33 (Fed. Cir. 2008) (finding standing to challenge tariffs based on "economic logic"). For example, when the University of Oregon purchases a laser from the European Union at the end of the year, under the vendor contract, the university will be invoiced for the tariffs paid, but its vendor will be listed as the importer-of-record. *See* Attach. 19, ¶¶ 7–8 & Exs. A–B (Shabram (OR)). However, procurement records do not always identify the country of origin of imported goods when a state purchases goods from a domestic vendor that passes along a tariff surcharge. *See, e.g.*, Attach. 14, ¶ 17 (Hayes (MN)).

Professor Hines's declaration confirms the breadth of these injuries: the Plaintiff States annually purchase $28.2 billion in imported goods, and the Section 301 tariffs will increase their direct annual purchasing costs by approximately $733 million each year. *See* Attach. 2, ¶¶ 19, 21. Given the scale of each state's economic activities, it is near certain that the Plaintiff States suffer injury from tariffs imposed on goods in each of the 60 economies.

The Plaintiff States therefore respectfully request judgment in their favor on their claims and, if the Court delineates relief by country or economy, relief extending to all economies subject to the Section 301 tariffs. If, however, the Court concludes that any Plaintiff State lacks standing or is not entitled to relief as to every country or economy, the Court should enter a partial judgment in their favor under Rule 54(b) and reserve the remaining relief for further litigation.

Respectfully submitted,

**DAN RAYFIELD**
Attorney General for the State of Oregon

BENJAMIN GUTMAN
Deputy Attorney General
DUSTIN BUEHLER
Special Counsel

By: *<u>/s/ Brian Simmonds Marshall</u>*
Brian Simmonds Marshall
Leanne Hartmann
Samuel Kubernick*
Brian Collins*
Brian Bowcut*
*Senior Assistant Attorneys General*
YoungWoo Joh
*Assistant Attorneys General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Brian.S.Marshall@doj.oregon.gov

*Counsel for the State of Oregon*

**KRISTIN K. MAYES**
Attorney General
State of Arizona

By: */s/ Joshua D. Bendor*
Joshua D. Bendor
*Solicitor General*
Syreeta A. Tyrell
Senior Litigation Counsel
Timothy E.D. Horley*
Jaylia Yan *
*Assistant Attorneys General*
2005 North Central Avenue
Phoenix, Arizona 85004
Tel: (602) 542-3333
Joshua.bendor@azag.gov
Syreeta.Tyrell@azag.gov
Timothy.Horley@azag.gov
Jaylia.Yan@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

**ROB BONTA**
Attorney General
State of California

By: */s/ Shiwon Choe*
Lara Haddad*
*Supervising Deputy Attorney General*
Shiwon Choe
Zelda Vassar
Carolyn Downs*
Samuel Sokolsky*
*Deputy Attorneys General*
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Tel: (415) 510-4400
Lara.Haddad@doj.ca.gov
Shiwon.Choe@doj.ca.gov
Zelda.Vassar@doj.ca.gov
Carolyn.Downs@doj.ca.gov
Samuel.Sokolsky@doj.ca.gov

*Counsel for the State of California*

**PHILIP J. WEISER**
Attorney General State of Colorado

By: */s/ Sarah H. Weiss*
Sarah H. Weiss
*Senior Assistant Attorney General*
1300 Broadway #10
Denver, CO 80203
Tel: (720) 508-6000
Sarah.Weiss@coag.gov

*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Michael Skold*
Michael Skold
*Solicitor General*
165 Capitol Ave
Hartford, CT 06106
Tel: (860) 808-5020
Michael.Skold@ct.gov

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Ian R. Liston*
IAN R. LISTON*
*Director of Impact Litigation*
VANESSA L. KASSAB*
*Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
Tel: (302) 683-8899
ian.liston@delaware.gov

*Counsel for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
Kalikoʻonālani D. Fernandes*
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
Tel: (808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**KWAME RAOUL**
Attorney General State of Illinois

By: */s/ Gretchen Helfrich*
Cara Hendrickson
*Executive Deputy Attorney General*
Gretchen Helfrich
*Deputy Chief, Special Litigation Bureau*
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
Tel: (312) 814-3000
Cara.Hendrickson@ilag.gov
Gretchen.helfrich@ilag.gov

*Counsel for the State of Illinois*

**OFFICE OF THE GOVERNOR *ex rel.* ANDY BESHEAR**
In his official capacity as Governor of the Commonwealth of Kentucky

By: */s/ S. Travis Mayo*
S. Travis Mayo*
*General Counsel*
Sam Flynn*
*Chief Deputy General Counsel*
Laura C. Tipton*
*Deputy General Counsel*
Office of the Governor
501 High Street Frankfort, KY 40601
Tel: (502) 564-2611
travis.mayo@ky.gov
sam.flynn@ky.gov
laurac.tipton@ky.gov

*Counsel for Governor Andy Beshear*

**AARON M. FREY**
Maine Attorney General

By: *<u>/s/ Katherine W. Thompson</u>*
Katherine W. Thompson
*Special Counsel*
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Tel: (207) 626-8455
Fax: (207) 287-3145
Kate.thompson@maine.gov

*Counsel for Plaintiff State of Maine*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: *<u>/s/ James C. Luh</u>*
James C. Luh
*Senior Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
Tel: (410) 576-6411
jluh@oag.maryland.gov

*Counsel for the State of Maryland*

**ANDREA JOY CAMPBELL**
ATTORNEY GENERAL OF
MASSACHUSETTS

By: *<u>/s/ Katherine Dirks</u>*
Katherine Dirks
*Chief State Trial Counsel*
Office of the Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
Tel: (617) 963-2277
katherine.dirks@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**DANA NESSEL**
Attorney General of Michigan

By: *<u>/s/ Neil Giovanatti</u>*
Neil Giovanatti
*Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
Tel: (517) 241-1050
GiovanattiN@michigan.gov

*Counsel for the State of Michigan*

**KEITH ELLISON**
Attorney General State of Minnesota

By: */s/ Lindsey E. Middlecamp*
PETER J. FARRELL (0393071)
*Deputy Solicitor General*
LINDSEY E. MIDDLECAMP (0392589)
*Special Counsel*
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
Peter.farrell@ag.state.mn.us
Lindsey.middlecamp@ag.state.mn.us

*Counsel for the State of Minnesota*

**AARON D. FORD**
Attorney General

By: */s/ K. Brunetti Ireland*
K. Brunetti Ireland
*Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Counsel for the State of Nevada*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: */s/ David N. Birch*
David N. Birch*
*Deputy Attorney General*
124 Halsey Street, 5th Floor
Newark, New Jersey 07101
Tel: (609) 696-5363
david.birch@law.njoag.gov

*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Allison Johnson*
ALLISON JOHNSON
*Assistant Attorney General*
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Tel: (505) 490-4060
ajohnson@nmdoj.gov

*Counsel for the State of New Mexico*

**LETITIA JAMES**
Attorney General of New York

By: */s/ Rabia Muqaddam*
Rabia Muqaddam
*Chief Counsel for Federal Initiatives*
28 Liberty St.
New York, NY 10005
Tel: (212) 416-8883
rabia.muqaddam@ag.ny.gov

*Counsel for the State of New York*

**JEFF JACKSON**
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

By: */s/ Daniel P. Mosteller*
Daniel P. Mosteller*
*Assistant Deputy Attorney General*
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
Tel: (919) 716-6026
dmosteller@ncdoj.gov

*Counsel for the State of North Carolina*

**JOSH SHAPIRO**,
in his official capacity as Governor of the Commonwealth of Pennsylvania

JENNIFER SELBER
General Counsel

By: */s/ Jacob B. Boyer*
Jennifer C. Selber*
Jacob B. Boyer*
*Deputy General Counsel*
Governor's Office of General Counsel
30 North 3rd Street, Suite 200
Harrisburg, PA 17101
jacobboyer@pa.gov

*Counsel for Governor Josh Shapiro*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Alex Carnevale*
Alex Carnevale
*Special Assistant Attorney General*
Office of the Attorney General - State of Rhode Island
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
acarnevale@riag.ri.gov

*Counsel for the State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of Vermont

By: *<u>/s/ Ryan P. Kane</u>*
RYAN P. KANE
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
ryan.kane@vermont.gov

*Counsel for the State of Vermont*

**JAY JONES**
Attorney General for the Commonwealth of Virginia

By: *<u>/s/Megan C. Keenan</u>*
Megan C. Keenan*
*Deputy Solicitor General*
202 North Ninth Street
Richmond, Virginia 23219
Tel: (804) 997-5222
mkeenan@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

**NICHOLAS W. BROWN**
Attorney General
State of Washington

By: *<u>/s/ S. Todd Sipe</u>*
TODD SIPE, WSBA 23203
*Assistant Attorney General*
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Tel: (206) 464-7744
todd.sipe@atg.wa.gov

*Counsel for the State of Washington*

**JOSHUA L. KAUL**
Attorney General of the State of Wisconsin

By: *<u>/s/ Brian Keenan</u>*
Brian Keenan*
*Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707
Tel: (608) 266-0020
brian.keenan@wisdoj.gov

*Counsel for the State of Wisconsin*

* *Admission application pending or forthcoming*