# Attachment 2

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**
**THE HONORABLE TIMOTHY R. REIF, JUDGE**
**THE HONORABLE LISA W. WANG, JUDGE**

| | |
|---|---|
| **IN RE SECTION 301 FORCED LABOR CASES** | **Court No. 26-03555-3JP** |

**DECLARATION OF PROFESSOR JAMES R. HINES JR.**

# Table of Contents


**I. Summary of findings ........ 2**

**II. Qualifications and methods ........ 2**

**A. Qualifications ........ 2**

**B. Methods ........ 3**

**III. Impact of recent tariff action on prices of imported goods ........ 3**

**IV. Exposures of state governments. ........ 5**

**V. Burdens of recent tariff action. ........ 12**

# I. Summary of findings.

1. The Section 301 tariff action announced by the United States Trade Representative on July 23, 2026, will impose significant ongoing costs on the governments of the 25 states that are parties to this action. These tariffs increase the total costs of imported goods that state governments purchase directly from foreign sellers, and also the costs of goods that state governments purchase from domestic sellers for whom the Section 301 tariffs increase production costs all along the production chain.

2. These new Section 301 tariffs will cost these 25 state governments an estimated $64.4 million for each month that they are in place, representing the tariff-induced higher costs of the goods that these state governments purchase directly. Adding the higher costs of goods purchased by local governments in these states, the total for state and local governments in these 25 states comes to an estimated $134 million per month. These monthly costs to state governments, and to localities within those states, are ongoing and will persist, with the total costs accumulating every month, unless and until the tariffs are removed.

# II. Qualifications and methods.

## A. Qualifications.

3. I teach at the University of Michigan, where I am the Richard A. Musgrave Collegiate Professor of Economics in the Department of Economics and the L. Hart Wright Collegiate Professor of Law in the law school. My scholarly work concerns various aspects of government finance. I have a B.A. and M.A. from Yale University and a Ph.D. from Harvard University, all in economics.

4. Prior to joining the Michigan faculty, I was a full-time faculty member first at Princeton University and then at Harvard University; additionally, I have held visiting appointments at Columbia University, the London School of Economics, the University of California-Berkeley, the University of Melbourne, and Harvard Law School. I have testified before Congress on nine occasions, and in 2017 received the National Tax Association's Daniel M. Holland Medal for lifetime achievement in the study of public finance.

5. I am a past President of the American Law & Economics Association and am the current President of the International Institute of Public Finance. I am also a Research Associate of the National Bureau of Economic Research, Research Director of the International Tax Policy Forum, a Fellow of the CESifo group in Germany, an International Research Fellow of the Centre for Business Taxation at Oxford University, and a Fellow of the Society for Empirical Legal Studies. I have served as a Co-Editor of the American Economic Association's Journal of Economic Perspectives and as an Economist in the Bureau of Economic Analysis of the U.S. Department of Commerce. **Exhibit A** provides more details about my experience and publications.

6. I am being paid $250 per hour for my work on this matter, which represents a significant discount from my usual rate for expert witness or other consulting work.

### B. Methods.

7. This report was prepared based on reviews of the available evidence in the economics literature, and analysis of data available from various government documents and websites.

## III. Impact of recent tariff action on prices of imported goods.

8. The United States Trade Representative (USTR) final action announced on July 23, 2026, and effective July 24, 2026, imposes new 10 percent and 12.5 percent tariffs on imported goods from 59 countries plus members of the European Union. The USTR cites authority for these tariffs under Title III of the Trade Act of 1974, commonly known as Section 301. In some cases, these new Section 301 tariffs represent new taxes on imported goods at the specified rates (either 10 percent or 12.5 percent); in others, the new tariffs are imposed net of the baseline Most Favored Nation rates to which imports from those countries were already subject, so the new tariffs entail smaller total increases in charges imposed on imported goods. The USTR action includes specific exceptions for specified products, including those qualifying for preferential treatment under the Dominican Republic-Central America Free Trade Agreement. Automobiles and steel, copper, lumber and aluminum, as well as other products, are largely exempt from these new Section 301 tariffs, as they were already subject to other tariffs.

9. Tariffs are taxes on imports. Consequently, in the absence of other price changes, tariffs increase per-unit costs of providing imported goods. In a competitive market, goods are priced at cost, including any relevant economic opportunity costs, and certainly including the costs of taxes and tariffs. It follows that, in a competitive market setting, tariffs will increase the net-of-tariff prices of imported goods on a one-for-one basis, unless the tariffs induce changes in prices or other components of production costs. Since the world economy is large, with many buyers of traded goods, and many (competitive) sellers, there is ample reason to expect the competitive paradigm to offer an informative guide to the impact of the Section 301 tariffs.

10. Evidence from recent tariff experiences strongly supports the conclusion that higher tariffs increase the costs of imported goods to the end customer on close to a one-to-one basis. Several studies consider the effect of the first Trump administration's 2018 tariff increases on prices of U.S. imports, using variation in tariff intensity across goods and sectors to identify price effects. These studies consistently find that import prices rose one-for-one with the tariffs.[1]

---

[1] See Mary Amiti, Stephen J. Redding, and David E. Weinstein, *The impact of the 2018 tariffs on prices and welfare*, Journal of Economic Perspectives, Fall 2019, 33 (4), 187-210; Mary Amiti, Stephen J. Redding, and David E. Weinstein, *Who's paying for the US tariffs? A longer term perspective*, American Economic Review, Papers and Proceedings, May 2020, 110, 541-546; Alberto Cavallo, Gita Gopinath, Brent Neiman, and Jenny Tang, *Tariff pass-through at the border and at the store: Evidence from US trade policy*, American Economic Review: Insights, 2021, 3 (1), 19-34; Pablo D. Fajgelbaum, Pinelopi K. Goldberg, Patrick J. Kennedy, and Amit K. Khandelwal, *The return to protectionism*, Quarterly Journal of Economics, February 2020, 135 (1), 1-55. Similarly, Mumtaz Ahmad and Imtiaz Ahmad, *Tariff pass-through and implications for domestic markets: Evidence from U.S. steel imports*, Journal of International Trade & Economic Development, 2024, 33 (3), 482-496, finds that imported steel prices rose one-for-one with the 2018 U.S. tariffs. The study by Alberto Cavallo, Gita Gopinath, Brent Neiman, and Jenny Tang is occasionally misinterpreted to imply that tariff costs are not fully passed through to importers – which is not what the study finds. Instead, a portion of the study considers evidence of prices charged to final consumers by two companies that sell imported goods, attempting to identify their pricing practices in response to higher supplier prices, and finding less than complete pass-through in the short run.

11. Applying similar methodologies, ***recent studies of the 2025 U.S. tariff increases on prices of U.S. imports report very similar results, with import prices rising by 95 cents or more for each dollar of tariffs.***[2] All of this evidence is consistent with the implications of the competitive-market model, which holds that importers, including the United States, are unable to obtain price discounts from foreign suppliers simply by imposing tariffs on them. Instead, importing countries that introduce or raise tariffs impose costs on themselves in the form of higher prices and economic distortions introduced by their own tariffs.

## IV. Exposures of state governments.

12. Direct expenditures by state and local governments represent significant portions of total U.S. consumption and income every year. For example, in 2022, the last year for which there was a comprehensive Census of Governments, direct expenditures by U.S. state and local governments summed to $4.296 trillion, representing 16.4 percent of U.S. GDP. Of these, the state governments of the 25 states that are parties to this action collectively had direct expenditures of $1.324 trillion, representing 30.8 percent of the country's total subnational government spending.[3] Notably, of this $4.296 trillion of total expenditures, $1.135 trillion, or 26 percent, represented wage and salary expense. The remaining $3.161 trillion of direct expenditure represented a combination of payments to business entities for goods and services, and transfer payments to individuals.

---

[2] See Gita Gopinath and Brent Neiman, *The incidence of tariffs: Rates and reality*, National Bureau of Economic Research Working Paper No. 34620, revised February 2026; Julian Hinz, Aaron Lohmann, Hendrik Mahlkow, and Anna Vorwig, *America's own goal: Who pays the tariffs?*, Kiel Policy Brief No. 201, January 2026; and Mary Amiti, Chris Flanagan, Sebastian Heise, and David E. Weinstein, *Who is paying for the 2025 U.S. tariffs?*, Federal Reserve Bank of New York Liberty Street Economics, February 12, 2026.

[3] These states are Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Kentucky, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Virginia, Washington, and Wisconsin.

13. State governments are exposed to tariffs through the higher purchase prices that they face. In order to understand the likely scope of tariff effects, it is helpful to review government purchasing patterns. The Census of Governments provides information on direct expenditures by category; figures for 2022, including totals for the 25 states that are parties to this action, appear in Table 1.[4]

**Table 1: 2022 State and Local Government Direct Expenditures ($ billions)**

| Expenditure Classification | S/L Total | 25 States | State% | S&L% |
|---|---|---|---|---|
| Total direct expenditure | 4,296.3 | 1,323.6 | 30.8 | 64.3 |
| Direct general expenditure | 4,027.0 | 1,291.4 | 32.1 | 64.2 |
| Capital outlay | 371.3 | 75.1 | 20.2 | 57.9 |
| Other direct general expenditure | 3,655.7 | 1,216.3 | 33.3 | 64.8 |
| | | | | |
| Education services: | | | | |
| Education | 1,264.4 | 249.3 | 19.7 | 63.2 |
| Capital outlay | 118.0 | 16.5 | 14.0 | 58.5 |
| Higher education | 340.4 | 177.4 | 52.1 | 61.4 |
| Capital outlay | 32.6 | 15.4 | 47.4 | 58.6 |
| Elementary & secondary | 832.7 | 17.1 | 2.1 | 64.0 |
| Capital outlay | 84.8 | 0.7 | 0.8 | 58.5 |
| Other education | 91.3 | 54.8 | 60.0 | 62.3 |
| Libraries | 14.1 | 0.3 | 2.1 | 65.2 |
| | | | | |
| Social services and income maintenance: | | | | |
| Public welfare | 971.0 | 597.1 | 61.5 | 67.2 |
| Hospitals | 261.2 | 76.0 | 29.1 | 53.1 |
| Capital outlay | 11.2 | 3.0 | 27.0 | 47.5 |
| Health | 154.3 | 44.8 | 29.0 | 68.6 |
| Employment security administration | 5.9 | 3.7 | 62.7 | 62.7 |
| Veterans' services | 1.5 | 0.6 | 36.7 | 36.7 |

[4] Information in Table 1 is drawn from https://www.census.gov/data/datasets/2022/econ/local/public-use-datasets.html.

| | | | | |
|---|---|---|---|---|
| Transportation: | | | | |
| Highways | 210.6 | 71.1 | 33.8 | 58.4 |
| Capital outlay | 115.5 | 44.5 | 38.6 | 55.1 |
| Air transportation (airports) | 31.3 | 1.7 | 5.4 | 62.8 |
| Parking facilities | 2.1 | 0 | 0.6 | 72.3 |
| Sea and inland port facilities | 6.9 | 1.0 | 15.1 | 45.7 |
| Public safety: | | | | |
| Police protection | 139.9 | 13.6 | 9.7 | 63.1 |
| Fire protection | 64.0 | 0 | 0 | 62.7 |
| Correction | 91.3 | 39.0 | 42.7 | 66.6 |
| Capital outlay | 2.5 | 1.0 | 41.7 | 63.6 |
| Protective inspection and regulation | 19.1 | 9.0 | 47.1 | 72.2 |
| Environment and housing: | | | | |
| Natural resources | 40.8 | 16.6 | 40.8 | 54.6 |
| Capital outlay | 7.3 | 1.6 | 22.2 | 39.2 |
| Parks and recreation | 50.8 | 4.7 | 9.3 | 62.6 |
| Capital outlay | 11.4 | 0.9 | 8.3 | 62.4 |
| Housing & community development | 74.0 | 9.8 | 13.3 | 68.9 |
| Sewerage | 70.2 | 1.5 | 2.1 | 63.1 |
| Capital outlay | 23.5 | 0.2 | 0.8 | 63.3 |
| Solid waste management | 29.8 | 0.8 | 2.7 | 61.1 |
| Capital outlay | 2.0 | 0 | 1.0 | 55.2 |
| Governmental administration: | | | | |
| Financial administration | 70.7 | 31.9 | 45.1 | 61.4 |
| Judicial and legal | 56.8 | 20.7 | 36.3 | 66.0 |
| General public buildings | 18.0 | 2.8 | 15.4 | 65.5 |
| Other governmental administration | 47.3 | 6.6 | 14.1 | 64.2 |
| Interest on general debt | 104.3 | 28.6 | 27.5 | 70.8 |
| General expenditure, n.e.c.: | | | | |
| Miscellaneous commercial activities | 4.6 | 0.1 | 1.2 | 40.8 |
| Other and unallocable | 221.9 | 59.4 | 26.7 | 71.2 |

| | | | | |
|---|---|---|---|---|
| Utility expenditure | 258.4 | 27.1 | 10.5 | 65.2 |
| Capital outlay | 57.6 | 6.4 | 11.2 | 69.6 |
| Water supply | 83.0 | 0.4 | 0.5 | 61.3 |
| Electric power | 84.0 | 7.8 | 9.3 | 52.8 |
| Gas supply | 7.2 | 0 | 0 | 31.3 |
| Transit | 84.1 | 18.9 | 22.4 | 84.4 |
| | | | | |
| Liquor store expenditure | 11.0 | 5.1 | 46.4 | 61.5 |

14. The *first column* in Table 1 is direct expenditures by all U.S. state and local governments, while the *second column* is direct expenditures by the state governments of the 25 states that are parties to this action. The *third column* is the fraction of total U.S. state and local government spending represented by the 25 state governments that are parties to this action; and the *fourth column* is the fraction of total U.S. state and local government spending represented by the 25 states that are parties to this action, inclusive of both their state and local components.

15. The data in Table 1 indicate that the largest categories of state government expenditure are: education; public welfare; hospitals and health; highways; corrections; financial and legal administration; electric utilities; and transit expenditures. While states vary in their distributions of these expenditures, the third column of Table 1 shows that the 25 states that are parties to this action have spending patterns that are broadly typical of U.S. state and local governments as a group. Thus, for example, these 25 state governments represented 30.8 percent of all state and local government direct expenditures in 2022, including 19.7 percent of education spending, 33.8 percent of highway spending, and 29.1 percent of hospital spending.

16. Tariffs directly affect the prices paid by state governments for imported goods. They also affect the prices paid for goods that are produced domestically but that rely, either directly or indirectly, on imported components. For example, imported tubing may be used by a U.S. domestic vehicle manufacturer to produce a garbage truck purchased by a local government. And imported plastics may be used by a robot company to produce robots that are in turn purchased by the vehicle manufacturer and used to produce garbage trucks ultimately purchased by local governments. Since tariffs raise the costs of imported production inputs, they have effects on all of the prices along the production chain.

17. In order to trace the likely impact of tariffs on prices faced by state governments, it is necessary to identify the extent to which the goods that they purchase rely directly and indirectly on imports. Fortunately, it is possible to do so using the input-output matrix information on the U.S. economy produced by the Bureau of Economic Analysis of the U.S. Department of Commerce. These calculations use detailed information from periodic industrial censuses, updated with annual surveys, to identify the extent to which production of different commodities and industries rely on intermediate purchases from others. It is possible to use this information to infer how much tubing production is required in garbage truck manufacture, taking account of the reality that many of the components of a garbage truck, and the equipment used in the manufacture of a garbage truck, themselves contain tubing.

18. Importantly for the present purpose, it is possible to use the input-output matrix information to identify the extent to which goods that are consumed in the United Sates rely directly and indirectly on imports. What is known as the import matrix identifies the values of imports, distinguished by category, that are used directly and indirectly by different sectors of the U.S. economy. To the extent that tariffs increase the net costs of imported goods, the import matrix entries should indicate how much these higher costs are passed on to different sectors of the U.S. economy.

19. Table 2 presents import matrix entries for U.S. state and local government activities in 2024.[5] The table indicates that purchases by state and local governments incorporated $91.5 billion of imported goods. Taking the 25 states that are parties to this action to be typical of others, and applying their 30.8 percent of total direct spending, it follows that 2024 expenditures by the state governments of these 25 states incorporated imports worth $28.2 billion. Instead applying the 64.3 percent of total direct combined spending of state plus local governments in these 25 states, it follows that 2024 expenditures by state plus local governments in these 25 states incorporated imports worth $58.8 billion.

[5] The import matrix is available at https://www.bea.gov/industry/input-output-accounts-data. Table 2 uses the input matrix after redefinitions, and combines different categories of state/local operations into a total figure for state and local government. Input matrix data are available only for combined state and local government purchases. Service imports are omitted from Table 2.

## Table 2: 2024 State and Local Government Purchases Import Requirements

| Import product category | S&L government requirement ($ billions) |
|---|---|
| Farms | 0.7 |
| Forestry, fishing, and related activities | 0.8 |
| Oil and gas extraction | 1.7 |
| Mining, except oil and gas | 0.8 |
| Utilities | 0.03 |
| Wood products | 1.1 |
| Nonmetallic mineral products | 1.1 |
| Primary metals | 0.3 |
| Fabricated metal products | 2.9 |
| Machinery | 6.4 |
| Computer and electronic products | 3.5 |
| Electrical equipment, appliances, and components | 3.2 |
| Motor vehicles, bodies and trailers, and parts | 6.6 |
| Other transportation equipment | 0.01 |
| Furniture and related products | 1.1 |
| Miscellaneous manufacturing | 3.1 |
| Food and beverage and tobacco products | 10.2 |
| Textile mills and textile product mills | 1.2 |
| Apparel and leather and allied products | 0.8 |
| Paper products | 2.0 |
| Printing and related support activities | 0.5 |
| Petroleum and coal products | 19.4 |
| Chemical products | 14.7 |
| Plastics and rubber products | 6.0 |
| Total | $ 91.5 |

20. This information makes it possible to estimate changes in the costs of goods purchased by state governments due to tariffs recently announced by the Trump administration citing its authority under Section 301. The Yale Budget Lab estimates that, under current announced and implemented actions, by December 2026 the overall effective U.S. tariff rate will be 11.80 percent. The Yale Budget Lab also estimates that, in the absence of the Section 301 tariffs announced on July 23, 2026, the overall effective U.S. tariff rate would have been 9.06 percent in December 2026.[6] The difference between these two figures, 2.74 percent, is the net impact of the most recent Section 301 tariffs on the average tariff rate on U.S. imports. The Penn Wharton Budget Model offers similar estimates.[7] These are both highly reliable sources of information, very well respected in the economics research community, as both the Yale Budget Lab and the Penn Wharton Budget Model carefully apply cutting-edge methods to estimate the fiscal burdens of projected and actual federal policies. The Yale estimates rather vividly illustrate the less than complete coverage of the Section 301 tariffs announced on July 23, 2026, in that the new 10 and 12.5 percent imposts yield an effective average tariff increase of roughly 2.74 percent. Of course, the actual tariff burden on state governments depends on the extent to which state government purchases are concentrated on goods subject to high tariff rates.

21. Table 2 indicates that imports embedded in purchases by state and local governments are not concentrated in categories of products that are exempt from the new Section 301 tariffs, such as autos and metal products.[8] Consequently, the impact of the most recent Section 301 tariffs on the average tariff rate on imports embedded in U.S. state and local government purchases will exceed the impact of these new tariffs on the average tariff rate of the U.S. economy as a whole. Nonetheless using the conservative assumption that the average

---

[6] See https://budgetlab.yale.edu/research/state-us-tariffs.

[7] See https://budgetmodel.wharton.upenn.edu/t/Tariffs/.

[8] For example, Table 2 shows that the 2024 state and local government import requirement for motor vehicles, bodies and trailers, and parts was $6.6 billion, representing just 7.2 percent of the $91.5 billion total import requirement for state and local governments; whereas for the U.S. economy as a whole, transportation equipment was 18.2 percent of total goods imports in 2024 (https://www.usitc.gov/research_and_analysis/tradeshifts/2024/us_trade_industry_sectors_and_selected_trading). Even adding all of the Table 2 entries for wood products, primary metals, fabricated metal products, computer and electronic products, and motor vehicles, bodies and trailors, and parts, which covers the primary categories of goods not subject to the Section 301 tariffs announced on July 23, 2026, sums to just $14.billion, which represents merely 15.7 percent of the total import requirement for state and local governments.

Section 301-based tariff rate on imports embedded in state government purchases is just 2.74 percent and applying a 100 percent pass-through rate to annual imports of $28.2 billion, it follows that ***these tariffs will raise the costs of direct purchases by the governments of the 25 states that are parties to this action by an estimated $773 million per year, or $64.4 million per month.*** Adding local government purchases in these 25 states increases the tariff-induced burden to $1.61 billion per year, or $134 million per month.

22. The $64.4 million higher monthly cost incurred by the governments of the 25 states that are parties to this action reflects the ordinary operation of supply and demand in the market economy. Tariff-induced higher costs of providing a good are reflected in prices because the voluntary nature of exchange makes it impossible for the outcome to be otherwise. By contrast, removing the tariffs will lower costs, which through the competitive operation of supply and demand then directly reduces prices.

23. ***It is not possible for states to avoid the burdens of tariff-induced higher prices by shifting their expenditures to any goods or services whose prices are unaffected, or more lightly affected, by the tariff action.*** This is because such shifting itself entails economic costs of equal magnitude to the cost of simply continuing to consume the original goods at the new, higher, prices.[9] Consequently, the increased cost of maintaining real government purchases at the new tariff-inclusive prices offers a reliable guide to the dollar values of the additional burdens that states bear as a result of higher tariffs.

## V. Burdens of recent tariff action.

24. The Section 301 tariffs announced by the Trump administration on July 23, 2026 impose significant burdens on the 25 states that are parties to this action. These tariffs elevate the costs of goods that these state governments purchase directly or indirectly from other countries, thereby requiring greater state budgetary outlays to finance ongoing activities. The higher costs borne by these 25 states are estimated to sum to $64.4 million per month; and these

[9] This is an implication of the famous envelope theorem in economics. For its application to evaluating the burdens of taxes and tariffs, see Alan J. Auerbach and James R. Hines Jr., Taxation and economic efficiency, in Alan J. Auerbach and Martin Feldstein, eds. Handbook of Public Economics, volume 3 (Amsterdam: North-Holland, 2002), 1347-1421.

monthly costs persist, with the total cost to these state governments of the Section 301 tariffs accumulating on an ongoing basis. Elimination of the tariffs would immediately remove their upward pressure on prices, providing relief to state governments through the process of ordinary market competition in bringing down prices.

**I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.**

Executed on August 13, 2026, at Ann Arbor, Michigan.

James R. Hines Jr.

JAMES R. HINES Jr.

# JAMES R. HINES JR.

Curriculum Vitae
August 2026

**ECONOMICS OFFICE**

Department of Economics
University of Michigan
North Quad
105 South State Street
Ann Arbor, MI 48109-1285

(734) 764-2320 (telephone)
(734) 764-2769 (fax)
jrhines@umich.edu

**LAW OFFICE**

University of Michigan Law School
964 Legal Research
801 Monroe Street
Ann Arbor, MI 48109-1210

(734) 936-5669 (telephone)
(734) 764-8309 (fax)

## EDUCATION

Harvard University, Ph.D., Economics, 1986.
Yale University, M.A., Economics, 1980.
Yale College, B.A., *cum laude*, Economics, 1980.

## TEACHING POSITIONS

L. Hart Wright Collegiate Professor of Law, University of Michigan Law School, 2009-present. Professor of Law, 2006-present. Visiting Professor, 2005-2006.

Richard A. Musgrave Collegiate Professor of Economics, College of Literature, Science, and the Arts, University of Michigan, 2006-present. Professor of Economics, 2001-present.

Visiting Professor of Economics and Visiting Professor of Law, University of California-Berkeley, 2008-2009.

Visiting Professor of Law, Harvard Law School, 2005.

Professor of Business Economics, Stephen M. Ross School of Business, University of Michigan, 1999-2005. Professor by courtesy, 2005-present. Associate Professor, 1997-1999.

Professor of Public Policy, Gerald R. Ford School of Public Policy, University of Michigan, 2001-2005.

Associate Professor of Public Policy, John F. Kennedy School of Government, Harvard University, 1992-1997. Visiting Assistant Professor, 1991-1992.

Assistant Professor of Economics & Public Affairs, Department of Economics and School of

Public and International Affairs, Princeton University, 1986-1991.

Visiting Lecturer, Department of Economics, Harvard University, 1988-1989.

Visiting Assistant Professor, Department of Economics, Columbia University, 1988.

Teaching Fellow, Department of Economics, Harvard University, 1982-1985.

### RESEARCH AFFILIATIONS

Research Associate, National Bureau of Economic Research, 1997-present. Faculty Research Fellow, 1986-1997.

Director, Office of Tax Policy Research, Department of Economics, University of Michigan, 2025-present. Research Director, 1997-2025.

Research Director, International Tax Policy Forum, 2001-present.

Co-Director, Program in Law & Economics, University of Michigan Law School, 2009-present.

Distinguished Fellow, CESifo Group, Germany, 2014-present. Research Fellow, 1999-2014.

International Research Fellow, Centre for Business Taxation, Oxford University, 2007-present.

Eminent Research Scholar, University of Melbourne, Australia, 2024. Academic Guest, 2023.

Becker Friedman Visiting Fellow, University of Chicago, 2013.

International Research Fellow, Institute for Fiscal Studies, London, United Kingdom, 2007-2010.

Visiting Research Associate, STICERD, London School of Economics, London, United Kingdom, 2003-2004.

Visiting Scholar, Institute for International Integration Studies, Trinity College, Dublin, Ireland, 2003.

Associate Director, John M. Olin Program for the Study of Economic Organization and Public Policy, Princeton University, 1989-1991.

### EDITORIAL BOARDS

Editorial Advisory Board, ***FinanzArchiv***, 2025-present. Editor, 2000-2003.

Editorial Board, ***American Law and Economics Review***, 2013-present.

Editorial Advisory Board, ***National Tax Journal***, 2019-present.

Editorial Advisory Board, ***Journal of Risk and Financial Management***, 2020-present.

Editorial Advisory Board, ***The Economists' Voice***, 2012-2020. Co-Editor, 2010-2012.

Co-Editor, ***Journal of Public Economics***, 2010-2013.

Co-Editor, ***Journal of Economic Perspectives***, 2004-2010.

Editor, ***National Tax Association Proceedings***, 2001.

Associate Editor, ***Journal of International Financial Markets, Institutions and Money***, 1997-2013.

Editorial Board, ***B.E. Journal of Economic Analysis & Policy***, 2001-2016.

Associate Editor, ***Journal of Regional Science***, 2003-2010.

Associate Editor, ***New Palgrave Dictionary of Economics***, 2nd edition (Basingstoke, UK: Palgrave Macmillan, 2008).

Associate Editor, ***Quarterly Journal of Economics***, 1997-2001.

Associate Editor, ***International Tax and Public Finance***, 1993-1998.

Board of Editors, ***World Politics***, 1992-1998. Associate Editor, 1990-1991.

## PROFESSIONAL BOARDS

President, International Institute of Public Finance, 2024-present. President-Elect, 2023-2024; Board of Management, 2020-2023.

President, American Law & Economics Association, 2023-2024. Vice President, 2022-2023; Secretary-Treasurer, 2021-2022.

Fellow, Society for Empirical Legal Studies, 2019-present. Board of Directors, 2016-2019. Co-President, Conference on Empirical Legal Studies, 2018.

Scientific Advisory Board, MannheimTaxation ScienceCampus, Germany, 2014-present.

Scientific Advisory Board, Ifo Institute and CESifo Council, Germany, 2016-2024.

Board of Directors, National Tax Association, 2010-2013. Program Chair, National Tax Association annual conference, 2000.

## GOVERNMENT SERVICE

Panel of International Academic Expertise on Business Tax, Her Majesty's Revenue and Customs, United Kingdom, 2008-2012.

Academic Advisory Panel, Massachusetts Special Commission on Business Tax Policy, 1992-1993.

Panel of Technical Experts, Social Security Advisory Council, U.S. Social Security Commission, 1990.

Economist, Bureau of Economic Analysis, United States Department of Commerce, 1980-1981.

### RESEARCH AWARDS

Daniel M. Holland Medal, National Tax Association, 2017.

Richard A. Musgrave Visiting Professorship, International Institute of Public Finance and CESifo, 2014.

Researcher of the Year Award, University of Michigan Ross School of Business, 2005.

Contribution to the Research Environment Award, University of Michigan Ross School of Business, 2000.

### TEACHING PRIZES

Michigan Economics Society Outstanding Professor Award, University of Michigan, 2010.

Dean's Teaching Honor Roll, Ford School, University of Michigan, 2001, 2002, 2003 and 2005.

Dean's Teaching Award, Kennedy School, Harvard University, 1996 and 1997.

Manuel Carballo Award for Excellence in Teaching, Kennedy School, Harvard University, 1994.

Teaching Prize, Woodrow Wilson School Graduate Student Association, Princeton University, 1990.

Honorable Mention, Allyn Young Teaching Prize, Harvard University, 1983.

Harvard-Danforth Certificate for Excellence in Teaching, Harvard University, 1982.

### KEYNOTE ADDRESSES

Law & Economics of Wealth Transmission Conference, George Mason University, 2025.

Norwegian Fiscal Studies Skatteforum, Oslo, Norway, 2025.

Max Planck Institute for Tax Law and Public Finance Conference, Berlin, Germany, 2024.

Research School of International Taxation Conference, University of Tübingen, Germany, 2024.

Inaugural Global Wealth Management Lecture, George Mason University, 2023.

Presidential Address, American Law & Economics Association, Boston MA, 2023.

RIDGE May Forum, Workshop on Public Economics, Montevideo, Uruguay, 2018.

Werner Sichel Lecture, Western Michigan University, Kalamazoo MI, 2017.

MannheimTaxation Annual Conference, Mannheim, Germany, 2017.

Urban Economic Policy Annual Conference, Drexel University, Philadelphia PA, 2016.

Royal Society Lecture, Institute for Fiscal Studies, London, United Kingdom, 2014.

Bank of France Conference on Competitiveness and Corporate Taxation, Paris, France, 2014.

Richard Musgrave Lecture, CESifo Group, Munich, Germany, 2014.

Canadian Public Economics Group Annual Conference, Edmonton, Canada, 2013.

International Institute of Public Finance Annual Conference, Dresden, Germany, 2012.

## BOOKS

***Global Goliaths: Multinational Corporations in the 21st Century Economy***, edited, with C. Fritz Foley and David Wessel (Washington, DC: Brookings, 2021).
ISBN 978-0-815-73855-8.

***Comparative Fiscal Federalism: Comparing the European Court of Justice and the U.S. Supreme Court's Tax Jurisprudence***, edited, with Reuven S. Avi-Yonah and Michael Lang (Alphen aan den Rijn, The Netherlands: Kluwer Law International, 2007).
ISBN 978-90-411-2552-1.

***Taxing Corporate Income in the 21st Century***, edited, with Alan J. Auerbach and Joel Slemrod (Cambridge, UK: Cambridge University Press, 2007). ISBN 978-0-521-87022-1.

***International Taxation***, edited (Cheltenham, UK: Edward Elgar, 2007).
ISBN 981-1-84376-446-5.

***International Taxation and Multinational Activity***, edited (Chicago: University of Chicago Press, 2001). ISBN 0-226-34173-9.

***Rethinking Estate and Gift Taxation***, edited, with William G. Gale and Joel Slemrod (Washington, DC: Brookings, 2001). ISBN 0-8157-0069-5.

***The Effects of Taxation on Multinational Corporations***, edited, with Martin Feldstein and R. Glenn Hubbard (Chicago: University of Chicago Press, 1995). ISBN 0-226-24095-9.

***Taxing Multinational Corporations***, edited, with Martin Feldstein and R. Glenn Hubbard (Chicago: University of Chicago Press, 1995). ISBN 0-226-24094-0.

## ARTICLES AND BOOK CHAPTERS

Risky trust investments, ***Michigan State Law Review***, forthcoming.

Is there enough estate planning? ***George Mason Law Review***, forthcoming.

Capital gains realizations, (with Daniel Schaffa), ***Economics Letters***, November 2024, *244* (111990), 1-4.

Martin Feldstein (1939-2019), in Robert A. Cord, ed. ***The Palgrave Companion to Harvard Economics***, volume 2 (Cham, Switzerland: Palgrave Macmillan, 2024), 667-685.

The role of trusts in taxing the rich, ***Oxford Review of Economic Policy***, Autumn 2023, *39* (3), 460-477.

Digital tax arithmetic, ***National Tax Journal***, March 2023, *76* (1), 119-143.

Corporate taxes and union wages in the United States, (with R. Alison Felix), ***International Tax and Public Finance***, December 2022, *29* (6), 1450-1494.

Certain effects of random taxes, (with Michael J. Keen), ***Journal of Public Economics***, November 2021, *203* (104412), 1-13.

Multinational activity in the modern world, (with C. Fritz Foley, Raymond J. Mataloni Jr., and David Wessel), in C. Fritz Foley, James R. Hines Jr., and David Wessel, eds. ***Global Goliaths: Multinational Corporations in the 21st Century Economy*** (Washington, DC: Brookings, 2021), 1-32.

Principles for policymakers, (with C. Fritz Foley and David Wessel), in C. Fritz Foley, James R. Hines Jr., and David Wessel, eds. ***Global Goliaths: Multinational Corporations in the 21st Century Economy*** (Washington, DC: Brookings, 2021), 537-546.

Taxes as pandemic controls, (with Ashley C. Craig), ***National Tax Journal***, December 2020, *73* (4), 969-986.

Income inequality, progressive taxation, and tax expenditures, in Sisay Asefa and Wei-Chiao Huang, eds. ***The Political Economy of Inequality: U.S. and Global Dimensions*** (Kalamazoo, MI: Upjohn Press, 2020), 145-166.

Inter vivos transfers of ownership in family firms, (with Niklas Potrafke, Marina Riem, and Christoph Schinke), ***International Tax and Public Finance***, April 2019, *26* (2), 225-256.

Investment ramifications of distortionary tax subsidies, (with Jongsang Park), ***Journal of Public Economics***, April 2019, *172* (1), 36-51.

Perils of tax reform, ***National Tax Journal***, June 2018, *71* (2), 357-376.

Business tax burdens and tax reform, ***Brookings Papers on Economic Activity***, Fall 2017, *48* (2), 449-471.

Multinational firms and tax havens, (with Anna Gumpert and Monika Schnitzer), ***Review of Economics and Statistics***, October 2016, *98* (4), 713-727.

Are PILOTs property taxes on nonprofits? (with Fan Fei and Jill R. Horwitz), ***Journal of Urban Economics***, July 2016, *94* (1), 109-123.

Taxing sales of depreciable assets, ***Michigan Business & Entrepreneurial Law Review***, Spring 2016, *5* (2), 161-172.

Trade credit and taxes, (with Mihir A. Desai and C. Fritz Foley), ***Review of Economics and Statistics***, March 2016, *98* (1), 132-139.

Delegating tax, (with Kyle D. Logue), ***Michigan Law Review***, November 2015, *114* (2), 235-274.

Corporate taxation, in James D. Wright, ed. ***International Encyclopedia of the Social & Behavioral Sciences, 2nd Edition***, volume 4 (Oxford, UK: Elsevier, 2015), 946-948.

Understanding the AMT, and its unadopted sibling, the AMxT, (with Kyle D. Logue), ***Journal of Legal Analysis***, Winter 2014, *6* (2), 367-408.

How serious is the problem of base erosion and profit shifting? ***Canadian Tax Journal***, June 2014, *62* (2), 443-453.

The redistributive potential of wealth transfer taxes, ***Public Finance Review***, November 2013, *41* (6), 885-903.

How important are perpetual tax savings? in Jeffrey R. Brown, ed. ***Tax Policy and the Economy***, volume 27 (Chicago: University of Chicago Press, 2013), 101-124.

Who offers tax-based business development incentives? (with R. Alison Felix), ***Journal of Urban Economics***, May 2013, *75* (1), 80-91.

Income and substitution effects of estate taxation, ***American Economic Review***, Papers and Proceedings, May 2013, *103* (3), 484-488.

The tax revenue capacity of the U.S. economy, in Franklin Allen, Anna Gelpern, Charles Mooney and David Skeel, eds. ***Is U.S. Government Debt Different?*** (Philadelphia, PA: FIC Press, 2012), 113-125.

Tax policy and the efficiency of U.S. direct investment abroad, (with Mihir A. Desai and C. Fritz Foley), ***National Tax Journal***, December 2011, *64* (4), 1055-1082.

U.S. defense contracts during the tax expenditure battles of the 1980s, (with Susan J. Guthrie), ***National Tax Journal***, June 2011, *64* (2), 731-752.

Peter Mieszkowski and the general equilibrium revolution in public finance, ***Proceedings of the National Tax Association Annual Conference***, 2010, *102*, 213-216.

State fiscal policies and transitory income fluctuations, ***Brookings Papers on Economic Activity***, Fall 2010, *41* (2), 313-337.

Treasure islands, ***Journal of Economic Perspectives***, Fall 2010, *24* (4), 103-126.

The last best hope for progressivity in tax, (with Edward J. McCaffery), ***Southern California Law Review***, July 2010, *83* (5), 1031-1098.

International capital taxation, (with Rachel Griffith and Peter Birch Sørensen), in James Mirrlees, Stuart Adam, Timothy Besley, Richard Blundell, Stephen Bond, Robert Chote, Malcolm Gammie, Paul Johnson, Gareth Myles and James Poterba, eds. ***Dimensions of Tax Design: The Mirrlees Review*** (Oxford, UK: Oxford University Press, 2010), 914-996.

The attack on nonprofit status: A charitable assessment, (with Jill R. Horwitz and Austin Nichols), ***Michigan Law Review***, May 2010, *108* (7), 1179-1220.

Income misattribution under formula apportionment, ***European Economic Review***, January 2010, *54* (1), 108-120.

Taxing inheritances, taxing estates, ***Tax Law Review***, Fall 2009, *63* (1), 189-207.

Which countries become tax havens? (with Dhammika Dharmapala), ***Journal of Public Economics***, October 2009, *93* (9-10), 1058-1068.

Reprinted in Dhammika Dharmapala, ed. ***The Economics of Tax Avoidance and Evasion*** (Cheltenham, UK: Edward Elgar, 2017).

How globalization affects tax design, (with Lawrence H. Summers), in Jeffrey R. Brown and James M. Poterba, eds. ***Tax Policy and the Economy***, volume 23 (Chicago: University of Chicago Press, 2009), 123-157.

Domestic effects of the foreign activities of U.S. multinationals, (with Mihir A. Desai and C. Fritz Foley), ***American Economic Journal: Economic Policy***, February 2009, *1* (1), 181-203.

Reconsidering the taxation of foreign income, ***Tax Law Review***, Winter 2009, *62* (2), 269-298.

Foreign income and domestic deductions, ***National Tax Journal***, September 2008, *61* (3), 461-475.

Capital structure with risky foreign investment, (with Mihir A. Desai and C. Fritz Foley), ***Journal of Financial Economics***, June 2008, *88* (3), 534-553.

Excess burden of taxation, in Steven N. Durlauf and Lawrence E. Blume, eds. ***The New Palgrave Dictionary of Economics***, 2nd ed., volume 3 (Basingstoke, UK: Palgrave Macmillan, 2008), 75-77.

Excise taxes, in Steven N. Durlauf and Lawrence E. Blume, eds. ***The New Palgrave Dictionary of Economics***, 2nd ed., volume 3 (Basingstoke, UK: Palgrave Macmillan, 2008), 103-105.

Tax havens, in Steven N. Durlauf and Lawrence E. Blume, eds. ***The New Palgrave Dictionary of Economics***, 2nd ed., volume 8 (Basingstoke, UK: Palgrave Macmillan, 2008), 173-175.

Taxation of foreign income, in Steven N. Durlauf and Lawrence E. Blume, eds. ***The New Palgrave Dictionary of Economics***, 2nd ed., volume 8 (Basingstoke, UK: Palgrave Macmillan, 2008), 192-194.

Market reactions to export subsidies, (with Mihir A. Desai), ***Journal of International Economics***, March 2008, *74* (2), 459-474.

Corporate taxation and international competition, in Alan J. Auerbach, James R. Hines Jr., and Joel Slemrod, eds. ***Taxing Corporate Income in the 21st Century*** (Cambridge, UK: Cambridge University Press, 2007), 268-295.

Reprinted in Vito Tanzi and Howell H. Zee, eds. ***Recent Developments in Public Finance***, volume 2 (Cheltenham, UK: Edward Elgar, 2011), 346-373.

Dividend policy inside the multinational firm, (with Mihir A. Desai and C. Fritz Foley), ***Financial Management***, Spring 2007, *36* (1), 5-26.

The internal markets of multinational firms, (with Mihir A. Desai and C. Fritz Foley), ***Survey of Current Business***, March 2007, *87* (3), 42-48.

Taxing consumption and other sins, ***Journal of Economic Perspectives***, Winter 2007, *21* (1), 49-68.

Capital controls, liberalizations, and foreign direct investment, (with Mihir A. Desai and C. Fritz Foley), ***Review of Financial Studies***, Winter 2006, *19* (4), 1433-1464.

Reprinted in Vihang Errunza, ed. ***Finance in Emerging Markets***, volume 2 (London, UK: Routledge, 2016).

Will social welfare expenditures survive tax competition? ***Oxford Review of Economic Policy***, Fall 2006, *22* (3), 330-348.

The demand for tax haven operations, (with Mihir A. Desai and C. Fritz Foley), ***Journal of Public Economics***, March 2006, *90* (3), 513-531.

Reprinted in Dhammika Dharmapala, ed. ***The Economics of Tax Avoidance and Evasion*** (Cheltenham, UK: Edward Elgar, 2017).

Taxation and multinational activity: new evidence, new interpretations, (with Mihir A. Desai and C. Fritz Foley), ***Survey of Current Business***, February 2006, *86* (2), 16-22.

Do tax havens divert economic activity? (with Mihir A. Desai and C. Fritz Foley), ***Economics Letters***, February 2006, *90* (2), 219-224.

Foreign direct investment and the domestic capital stock, (with Mihir A. Desai and C. Fritz Foley), ***American Economic Review***, Papers and Proceedings, May 2005, *95* (2), 33-38.

Shortfalls in the long run: predictions about the social security trust fund, (with Timothy Taylor), ***Journal of Economic Perspectives***, Spring 2005, *19* (2), 3-9.

Do tax havens flourish? in James M. Poterba, ed. ***Tax Policy and the Economy***, volume 19 (Cambridge, MA: MIT Press, 2005), 65-99.

A multinational perspective on capital structure choice and internal capital markets, (with Mihir A. Desai and C. Fritz Foley), ***Journal of Finance***, December 2004, *59* (6), 2451-2487.

Reprinted in Stijn Claessens and Luc Laeven, eds. ***A Reader in International Corporate Finance***, volume 2 (Washington, DC: World Bank, 2006), 243-279.

Reprinted in James R. Hines Jr., ed. ***International Taxation*** (Cheltenham, UK: Edward Elgar, 2007), 215-251.

Foreign direct investment in a world of multiple taxes, (with Mihir A. Desai and C. Fritz Foley), ***Journal of Public Economics***, December 2004, *88* (12), 2727-2744.

Reprinted in James R. Hines Jr., ed. ***International Taxation*** (Cheltenham, UK: Edward Elgar, 2007), 143-160.

Old rules and new realities: corporate tax policy in a global setting, (with Mihir A. Desai), ***National Tax Journal***, December 2004, *57* (4), 937-960.

Might fundamental tax reform increase criminal activity? ***Economica***, August 2004, *71* (283), 483-492.

The costs of shared ownership: evidence from international joint ventures, (with Mihir A. Desai and C. Fritz Foley), ***Journal of Financial Economics***, August 2004, *73* (2), 323-374.

On the timeliness of tax reform, ***Journal of Public Economics***, April 2004, *88* (5), 1043-1059.

Sensible tax policies in open economies, ***Journal of the Statistical and Social Inquiry Society of Ireland***, 2003/2004, *33*, 1-36.

Evaluating international tax reform, (with Mihir A. Desai), ***National Tax Journal***, September 2003, *56* (3), 487-502.

Reprinted in James R. Hines Jr., ed. ***International Taxation*** (Cheltenham, UK: Edward Elgar, 2007), 496-511.

Perfect taxation with imperfect competition, (with Alan J. Auerbach), in Sijbren Cnossen and Hans-Werner Sinn, eds. ***Public Finance and Public Policy in the New Century*** (Cambridge, MA: MIT Press, 2003), 127-153.

Chains of ownership, regional tax competition, and foreign direct investment, (with Mihir A. Desai and C. Fritz Foley), in Heinz Herrmann and Robert Lipsey, eds. ***Foreign Direct Investment in the Real and Financial Sector of Industrial Countries*** (Berlin: Springer-Verlag, 2003), 61-98.

Michigan's flirtation with the Single Business Tax, in Charles L. Ballard, Paul N. Courant, Douglas C. Drake, Ronald C. Fisher, and Elisabeth R. Gerber, eds. ***Michigan at the Millennium*** (East Lansing, MI: Michigan State University Press, 2003), 603-628.

Applied public finance meets general equilibrium: The research contributions of Arnold Harberger, ***Proceedings of the National Tax Association Annual Conference***, 2002, *94*, 1-8.

Expectations and expatriations: Tracing the causes and consequences of corporate inversions, (with Mihir A. Desai), ***National Tax Journal***, September 2002, *55* (3), 409-440.

Reprinted in James R. Hines Jr., ed. ***International Taxation*** (Cheltenham, UK: Edward Elgar, 2007), 272-303.

Excerpted in Michael J. Graetz, ed. ***Foundations of International Income Taxation*** (New York: Foundation Press, 2004), 114-118.

International taxation, (with Roger H. Gordon), in Alan J. Auerbach and Martin Feldstein, eds. ***Handbook of Public Economics***, volume 4 (Amsterdam: North-Holland, 2002), 1935-1995.

Excerpted in Michael J. Graetz, ed. ***Foundations of International Income Taxation*** (New York: Foundation Press, 2004), 525-526.

Taxation and economic efficiency, (with Alan J. Auerbach), in Alan J. Auerbach and Martin Feldstein, eds. ***Handbook of Public Economics***, volume 3 (Amsterdam: North-Holland, 2002), 1347-1421.

Repatriation taxes and dividend distortions, (with Mihir A. Desai and C. Fritz Foley), ***National Tax Journal***, December 2001, *54* (4), 829-851.

Reprinted in James R. Hines Jr., ed. ***International Taxation*** (Cheltenham, UK: Edward Elgar, 2007), 304-326.

Another look at whether a rising tide lifts all boats, (with Hilary W. Hoynes and Alan B. Krueger), in Alan B. Krueger and Robert M. Solow, eds. ***The Roaring Nineties: Can Full Employment Be Sustained?*** (New York: Russell Sage, 2001), 493-537.

Corporate taxation, in Neil J. Smelser and Paul B. Baltes, eds. ***International Encyclopedia of the Social & Behavioral Sciences***, volume 4 (Oxford, UK: Elsevier, 2001), 2810-2812.

Exchange rates and tax-based export promotion, (with Mihir A. Desai), ***Proceedings of the National Tax Association Annual Conference***, 2001, *93*, 275-285.

The uneasy marriage of export incentives and the income tax, (with Mihir A. Desai), in James M. Poterba, ed. ***Tax Policy and the Economy***, volume 15 (Cambridge, MA: MIT Press, 2001), 41-94.

International taxation and the location of inventive activity, (with Adam B. Jaffe), in James R. Hines Jr., ed. ***International Taxation and Multinational Activity*** (Chicago: University of Chicago Press, 2001), 201-226.

“Tax sparing” and direct investment in developing countries, in James R. Hines Jr., ed. ***International Taxation and Multinational Activity*** (Chicago: University of Chicago Press, 2001), 39-66.

Reprinted in James R. Hines Jr., ed. ***International Taxation*** (Cheltenham, UK: Edward Elgar, 2007), 95-122.

What is benefit taxation? ***Journal of Public Economics***, March 2000, *75* (3), 483-492.

The case against deferral: A deferential reconsideration, ***National Tax Journal***, September 1999, *52* (3), 385-404.

Excess capital flows and the burden of inflation in open economies, (with Mihir A. Desai), in Martin Feldstein, ed. ***The Costs and Benefits of Price Stability*** (Chicago: University of Chicago Press, 1999), 235-268.

Nonprofit business activity and the unrelated business income tax, in James M. Poterba, ed. ***Tax Policy and the Economy***, volume 13 (Cambridge, MA: MIT Press, 1999), 57-84.

Lessons from behavioral responses to international taxation, ***National Tax Journal***, June 1999, *52* (2), 305-322.
Three sides of Harberger triangles, ***Journal of Economic Perspectives***, Spring 1999, *13* (2), 167-188.

"Basket" cases: Tax incentives and international joint venture participation by American multinational firms, (with Mihir A. Desai), ***Journal of Public Economics***, March 1999, *71* (3), 379-402.

Tax policy and the activities of multinational corporations, in Alan J. Auerbach, ed. ***Fiscal Policy: Lessons from Economic Research*** (Cambridge, MA: MIT Press, 1997), 401-445.

International taxation and corporate R&D: Evidence and implications, in James M. Poterba, ed. ***Borderline Case: International Tax Policy, Corporate Research and Development, and Investment*** (Washington, DC: National Academy Press, 1997), 39-52.

Reprinted (with minor changes) as Doing R&D in the right places, ***Chemtech***, August 1998, *28* (8), 12-17.

Altered states: Taxes and the location of foreign direct investment in America, ***American Economic Review***, December 1996, *86* (5), 1076-1094.

Reprinted in James R. Hines Jr., ed. ***International Taxation*** (Cheltenham, UK: Edward Elgar, 2007), 52-70.

Dividends and profits: Some unsubtle foreign influences, ***Journal of Finance***, June 1996, *51* (2), 661-689.

Fundamental tax reform in an international setting, in Henry J. Aaron and William G. Gale, eds. ***Economic Effects of Fundamental Tax Reforms*** (Washington, DC: Brookings, 1996), 465-502.

From each according to his surplus: Equi-proportionate sharing of commodity tax burdens, (with John C. Hlinko and Theodore J. F. Lubke), ***Journal of Public Economics***, November 1995, *58* (3), 417-428.

The flypaper effect, (with Richard H. Thaler), ***Journal of Economic Perspectives***, Fall 1995, *9* (4), 217-226.

Taxes, technology transfer, and the R&D activities of multinational firms, in Martin Feldstein, James R. Hines Jr., and R. Glenn Hubbard, eds. ***The Effects of Taxation on Multinational Corporations*** (Chicago: University of Chicago Press, 1995), 225-248.

Interest allocation rules, financing patterns, and the operations of U.S. multinationals, (with Kenneth A. Froot), in Martin Feldstein, James R. Hines Jr., and R. Glenn Hubbard, eds. ***The Effects of Taxation on Multinational Corporations*** (Chicago: University of Chicago Press, 1995), 277-307.

Taxes, technology transfer, and R&D by multinational firms, in Martin Feldstein, James R. Hines Jr., and R. Glenn Hubbard, eds. ***Taxing Multinational Corporations*** (Chicago: University of Chicago Press, 1995), 51-62.

The tax treatment of interest and the operations of U.S. multinationals, (with Kenneth A. Froot), in Martin Feldstein, James R. Hines Jr., and R. Glenn Hubbard, eds. ***Taxing Multinational Corporations*** (Chicago: University of Chicago Press, 1995), 81-93.

No place like home: Tax incentives and the location of R&D by American multinationals, in James M. Poterba, ed. ***Tax Policy and the Economy***, volume 8 (Cambridge, MA: MIT Press, 1994), 65-104.

Credit and deferral as international investment incentives, ***Journal of Public Economics***, October 1994, *55* (2), 323-347.

Fiscal paradise: Foreign tax havens and American business, (with Eric M. Rice), ***Quarterly Journal of Economics***, February 1994, *109* (1), 149-182.

Reprinted in Dhammika Dharmapala, ed. ***The Economics of Tax Avoidance and Evasion*** (Cheltenham, UK: Edward Elgar, 2017).

Reprinted in James R. Hines Jr., ed. ***International Taxation*** (Cheltenham, UK: Edward Elgar, 2007), 18-51.

On the sensitivity of R&D to delicate tax changes: The behavior of US multinationals in the 1980s, in Alberto Giovannini, R. Glenn Hubbard, and Joel Slemrod, eds. ***Studies in International Taxation*** (Chicago: University of Chicago Press, 1993), 149-187.

Budget spillovers and fiscal policy interdependence: Evidence from the states, (with Anne C. Case and Harvey S. Rosen), ***Journal of Public Economics***, October 1993, *52* (3), 285-307.

Erratum, ***Journal of Public Economics***, February 1994, *53* (2), 325.

Reprinted in Harvey S. Rosen, ed. ***The Fiscal Behavior of State and Local Governments*** (Cheltenham, UK: Edward Elgar, 1997), 3-25.

Reprinted in Wallace E. Oates, ed. ***The Economics of Fiscal Federalism and Local Finance*** (Cheltenham, UK: Edward Elgar, 1998), 535-557.

Arm's-length pricing: Some economic perspectives, (with Charles H. Berry and David F. Bradford), ***Tax Notes***, 10 February, 1992, *54* (6), 731-740.

The flight paths of migratory corporations, ***Journal of Accounting, Auditing and Finance***, Fall 1991, *6* (4), 447-479.

Capital flight and tax competition: Are there viable solutions to both problems? (with Alberto Giovannini), in Alberto Giovannini and Colin Mayer, eds. ***European Financial Integration*** (Cambridge, UK: Cambridge University Press, 1991), 172-210.

Coming home to America: Dividend repatriations by U.S. multinationals, (with R. Glenn Hubbard), in Assaf Razin and Joel Slemrod, eds. ***Taxation in the Global Economy*** (Chicago: University of Chicago Press, 1990), 161-200.
Investment tax incentives and frequent tax reforms, (with Alan J. Auerbach), ***American Economic Review***, Papers and Proceedings, May 1988, *78* (2), 211-216.

Taxation and U.S. multinational investment, in Lawrence H. Summers, ed. ***Tax Policy and the Economy***, volume 2 (Cambridge, MA: MIT Press, 1988), 33-61.

The tax treatment of structures, in Martin S. Feldstein, ed. ***Taxes and Capital Formation*** (Chicago: University of Chicago Press, 1987), 37-50.

Anticipated tax changes and the timing of investment, (with Alan J. Auerbach), in Martin S. Feldstein, ed. ***The Effects of Taxation on Capital Accumulation*** (Chicago: University of Chicago Press, 1987), 163-196.

Notes on the tax treatment of structures, (with Roger H. Gordon and Lawrence H. Summers), in Martin S. Feldstein, ed. ***The Effects of Taxation on Capital Accumulation*** (Chicago: University of Chicago Press, 1987), 223-254.

National accounting for non-renewable natural resources in the mining industries, (with J. Steven Landefeld), ***Review of Income and Wealth***, March 1985, *31* (1), 1-20.

**REVIEWS AND MISCELLANEOUS PUBLICATIONS**

Comment on "Fiscal federalism and the role of the income tax," in David R. Agrawal, James M. Poterba, and Owen M. Zidar, eds. ***Policy Responses to Tax Competition*** (Chicago: University of Chicago Press, 2025), 266-272.

A National Tax Association refund for Joel Slemrod, ***National Tax Journal***, September 2025, *78* (3), 693-694.

Foreword: The 2018 Conference on Empirical Legal Studies, (with J.J. Prescott and Sonja Starr), ***Journal of Empirical Legal Studies***, December 2019, *16* (4), 692.

Comment on "Fundamental tax reform: A comparison of three options," in Alan J. Auerbach and Kent Smetters, eds. ***The Economics of Tax Policy*** (New York: Oxford University Press, 2017), 369-374.

Reply to Becker and Fuest, ***National Tax Journal***, June 2010, *63* (2), 278-280.

Tax policy experts express views on California's proposed tax plan, (with Joseph Bankman, Arnold C. Harberger, Walter Hellerstein, Charles E. McLure Jr., Steven M. Sheffrin, Kirk Stark, John A. Swain, and George Zodrow), ***State Tax Notes***, 28 September, 2009, *53* (13), 916-918.

Protectionist pitfalls in U.S. tax reform, in Robert Goulder, ed. ***Toward Tax Reform: Recommendations for President Obama's Task Force*** (Falls Church, VA: Tax Analysts, 2009), 48-50.

***International Financial Centers and the World Economy***, STEP Report 2009 (London, UK: Society of Trust and Estate Practitioners, 2009).

Comment on "Capital levies and the transition to a consumption tax," in Alan J. Auerbach and Daniel Shaviro, eds. ***Institutional Foundations of Public Finance: Economic and Legal Perspectives*** (Cambridge, MA: Harvard University Press, 2008), 147-153.

Review of Jonathan Jones and Colin Wren, *Foreign Direct Investment and the Regional Economy*, ***Journal of Regional Science***, October 2007, *47* (4), 845-847.

Introduction, in James R. Hines Jr., ed. ***International Taxation*** (Cheltenham, UK: Edward Elgar, 2007), xi-xviii.

Preface, (with Alan J. Auerbach and Joel Slemrod), in Alan J. Auerbach, James R. Hines Jr., and Joel Slemrod, eds. ***Taxing Corporate Income in the 21st Century*** (Cambridge, UK: Cambridge University Press, 2007), xi-xiii.

Introduction, in Reuven S. Avi-Yonah, James R. Hines Jr., and Michael Lang, eds. ***Comparative Fiscal Federalism: Comparing the European Court of Justice and the U.S. Supreme Court's Tax Jurisprudence*** (Alphen aan den Rijn, The Netherlands: Kluwer Law International, 2007), xix-xxiv.

Harmful tax competition and its harmful remedies, ***British Tax Review***, 2006, *50* (2), 209-212.

More tax decadence: A review of C. Eugene Steuerle's *Contemporary U.S. Tax Policy*, ***Journal of Policy Analysis and Management***, Summer 2005, *24* (3), 624-627.

Reply to Grubert, (with Mihir A. Desai), ***National Tax Journal***, June 2005, *58* (2), 275-278.

Introduction to international tax competition, ***Tax Notes International***, 28 June, 2004, *34* (13), 1295-1297.

Review of Andreas Haufler, *Taxation in the Global Economy*, ***Journal of Economic Literature***, March 2004, *41* (1), 193-194.

Venture out alone, (with Mihir A. Desai and C. Fritz Foley), ***Harvard Business Review***, March 2004, *82* (3), 22.

Comment on "An overview of international issues affecting U.S. tax administration," in Henry Aaron and Joel Slemrod, eds. ***The Crisis in Tax Administration*** (Washington, DC: Brookings, 2004), 57-60.

Corporate inversions: Stanley Works and the lure of tax havens, (with Mihir A. Desai and Mark F. Veblen), Harvard Business School Case 9-203-008, October 2002.

Comment on "Charitable giving in life and death," in William G. Gale, James R. Hines Jr., and Joel Slemrod, eds. ***Rethinking Estate and Gift Taxation*** (Washington, DC: Brookings, 2001), 370-373.

Comment on "Asset price effects of fundamental tax reform," in Kevin A. Hassett and R. Glenn Hubbard, eds. ***Transition Costs of Fundamental Tax Reform*** (Washington, DC: American Enterprise Institute, 2001), 92-95.

Introduction, in James R. Hines Jr., ed. ***International Taxation and Multinational Activity*** (Chicago: University of Chicago Press, 2001), 1-8.

Comment on "Portfolio responses to taxation: Evidence from the end of the rainbow," in Joel B. Slemrod, ed. ***Does Atlas Shrug? The Economic Consequences of Taxing the Rich*** (Cambridge, MA: Harvard University Press, 2000), 324-328.

Comment on "The influence of income tax rules on insurance reserves," in Kenneth A. Froot, ed. ***The Financing of Catastrophe Risk*** (Chicago: University of Chicago Press, 1999), 304-306.

Introduction, (with Martin Feldstein and R. Glenn Hubbard), in Martin Feldstein, James R. Hines Jr., and R. Glenn Hubbard, eds. ***The Effects of Taxation on Multinational Corporations*** (Chicago: University of Chicago Press, 1995), 1-6.

Introduction, (with Martin Feldstein and R. Glenn Hubbard), in Martin Feldstein, James R. Hines Jr., and R. Glenn Hubbard, eds. ***Taxing Multinational Corporations*** (Chicago: University of Chicago Press, 1995), 1-5.

Review of Gary Clyde Hufbauer, *U.S. Taxation of International Income*, ***National Tax Journal***, March 1993, *46* (1), 69-71.

Comment on "State and federal tax equity: Estimates before and after the Tax Reform Act of 1986," ***Journal of Policy Analysis and Management***, Winter 1993, *12* (1), 44-47.

Review of David Newbery and Nicholas Stern, eds. *The Theory of Taxation for Developing Countries*, ***Journal of Economic Literature***, December 1989, *27* (4), 1698-1700.

Comment on "Decentralization in the public sector," in Harvey S. Rosen, ed. ***Fiscal Federalism: Quantitative Studies*** (Chicago: University of Chicago Press, 1988), 29-32.

More than its own reward (review of Charles T. Clotfelter's *Federal Tax Policy and Charitable Giving* and Arthur Andersen & Co.'s *Tax Economics of Charitable Giving*), ***Foundation News***, September/October 1986, *27* (5), 71-72.

### GOVERNMENT TESTIMONY

Testimony before the Committee on the Budget, United States Senate, 17 January, 2024, Washington, DC. Hearings on international taxation.

Testimony before the Committee on Finance, United States Senate, 25 March, 2021, Washington, DC. Hearings on international taxation.

Testimony before the Committee on Finance, United States Senate, 26 April, 2016, Washington, DC. Hearings on business tax reform.

Testimony before the Committee on Finance, United States Senate, 8 September, 2011, Washington, DC. Hearings on international tax reform.

Testimony before the Committee on Ways and Means, United States House of Representatives, 12 May, 2011, Washington, DC. Hearings on comprehensive tax reform.

Testimony before the Committee on Ways and Means, United States House of Representatives, 22 July, 2010, Washington, DC. Hearings on international transfer pricing.

Testimony before the State of California Commission on the 21st Century Economy, 12 February, 2009, Los Angeles, CA. Hearings on new revenue sources.

Testimony before the Committee on Finance, United States Senate, 26 June, 2008, Washington, DC. Published in ***Foundation of International Tax Reform: Worldwide, Territorial, and Something in Between*** (Washington DC: U.S. Government Printing Office, 2008), 3-4, 10, 12, 15-16, 19, 21-23, 61-75.

Testimony before the Standing Committee on Finance, House of Commons, Canadian Parliament, 10 May, 2007, Ottawa, Canada. Hearings on tax havens and tax avoidance.

Testimony before the Committee on Ways and Means, Select Revenue Measures Subcommittee, United States House of Representatives, 22 June, 2006, Washington, DC. Hearings on the impact of international tax reform on U.S. competitiveness.

Testimony before the Presidential Advisory Panel on Federal Tax Reform, 12 May, 2005, Washington, D.C. Hearings on exempting foreign-source dividends from U.S. taxation.

Testimony before the Committee on Finance, United States Senate, 15 July, 2003, Washington, DC. Published in ***An Examination of U.S. Tax Policy and Its Effect on the International Competitiveness of U.S.-Owned Foreign Operations*** (Washington DC: U.S. Government Printing Office, 2004), 28-29, 41, 65-75.

**UNPUBLISHED PAPERS**

Is C-SALT harmful to economic health? June 2026.

Tax reform and the Laffer curve, (with Ana Gamarra Rondinel and José Félix Sanz-Sanz), NBER Working Paper No. 34059, July 2025.

How large is the government? February 2025.

Evaluating minimum taxation, NBER Working Paper No. 33140, November 2024.

Banks and tax-exempt debt arbitrage, (with Emily Horton), NBER Working Paper No. 32647, July 2024.

The effects of the reverse charge mechanism on the VAT gap, (with Albrecht Bohne, Antonios M. Koumpias, and Annalisa Tassi), February 2024.

Evaluating tax harmonization, NBER Working Paper No. 31900, November 2023.

Quality-aware tax incentives for charitable contributions, (with Zachary Halberstam), CESifo Working Paper No. 10250, January 2023.

Corporate taxation and the distribution of income, NBER Working Paper No. 27939, October 2020.

Random policies in federations, June 2020.

Rational choice and the rule against perpetuities, March 2020.

Rational intestacy and probate reform, December 2019.