DAN RAYFIELD
Attorney General

BENJAMIN GUTMAN
Deputy Attorney General

**DEPARTMENT OF JUSTICE**
TRIAL DIVISION

November 13, 2026

Filed via ECF

**Re:** ***In re Section 301 Forced Labor Cases*, Court No. 26-cv-03555-3JP**

Your Honors:

Two declarations regarding the Commonwealth of Kentucky's payment of Section 301 tariffs are attached, along with an updated appendix of State Plaintiff declarations.

Regrettably, due to communication failures among the State Plaintiffs, declarations from Kentucky's witnesses were not filed with the other State Plaintiff declarations on Tuesday. Submission of these declarations was further delayed by the Veteran's Day holiday and yesterday's Outlook outage.

We respectfully request that the Court consider these declarations alongside other plaintiffs' declarations.

Respectfully submitted,

**DAN RAYFIELD**
Attorney General for the State of Oregon

BENJAMIN GUTMAN
Deputy Attorney General
DUSTIN BUEHLER
Special Counsel

By: /s/ Brian Simmonds Marshall
Brian Simmonds Marshall
Leanne Hartmann
Samuel Kubernick*
Brian Collins*
Brian Bowcut*
*Senior Assistant Attorneys General*
YoungWoo Joh
*Assistant Attorneys General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Brian.S.Marshall@doj.oregon.gov

*Counsel for the State of Oregon*